Ben Bedi (State Bar No. 172591)
ben.bedi@ecotechlaw.com
Dara Tabesh (State Bar No. 230434)
dara.tabesh@ecotechlaw.com
**ECOTECH LAW GROUP, P.C.**
5 Third St. Ste. 700
San Francisco, California 94103
Telephone: (415) 503-9164
Facsimile: (415) 651-8639

*Attorneys for Defendant Syrinix, Inc.*

Blake H. Frye (p*ro hac vice*)
HILL, KERTSCHER & WHARTON, LLP
3350 RIVERWOOD PKWY, Suite 800
Atlanta, GA 30339
Tel: 770-953-0995
E-mail: bhf@hkw-law.com

*Attorneys for Plaintiff Blacoh Fluid Controls, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLACOH FLUID CONTROLS, INC.<br>　　Plaintiff,<br><br>　　vs.<br><br>SYRINIX, INC.<br>　　Defendant. | Case Number: 5:17-cv-04007-NC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

PURSUANT TO THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE, IT IS SO ORDERED.

Dated: January 16, 2020

